■ NICHTER ROAD/CEMETERY ROAD HOMEOWNERS ASSOCIATION, Respondent, v STANLEY J. KEYSA et al., Constituting the Town Board of the Town of Lancaster, Defendants, and RICHARD L. CHURCH, Appellant.—Judgment unanimously affirmed for reasons stated in decision at Supreme Court, Roberts, J.H.O. (Appeal from judgment of Supreme Court, Erie County, Roberts, J.H.O.—declaratory judgment.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.